# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __12-8068__ as

[✓] Retained   [ ] Court-appointed(CJA)   [ ] Court-assigned(non-CJA)   [ ] Federal Defender   [ ] Pro Bono   [ ] Government

COUNSEL FOR: __Ian Andre Persaud__

_____ as the
(party name)

[✓] appellant(s)   [ ] appellee(s)   [ ] petitioner(s)   [ ] respondent(s)   [ ] amicus curiae   [ ] intervenor(s)

__/s/ Christopher C. Fialko__
(signature)

__Christopher C. Fialko__          __(704) 333-9945__
Name (printed or typed)            Voice Phone

__Rudolf Widenhouse & Fialko__     __(704) 335-0224__
Firm Name (if applicable)          Fax Number

__225 E. Worthington Ave., Suite 200__

__Charlotte, NC 28203__            __cfialko@rwf-law.com__
Address                            E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __12/19/2012__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Amy Ray
Assistant United States Attorney
Carillon Building, Suite 1650
227 W. Trade Street
Charlotte, NC 28202

__/s/ Christopher C. Fialko__          __12/19/2012__
Signature                              Date

11/17/2011
SCC