FILED: April 2, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-8068
(3:01-cr-00036-FDW-7)
(3:12-cv-00509-FDW)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

IAN ANDRE PERSAUD, a/k/a Baby Face Persaud, a/k/a Mark Persaud

      Defendant - Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, a certificate of appealability is denied and the appeal is dismissed is part. The judgment of the district court is affirmed in part.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK